UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HADASSAH FEINBERG, et al.,** | : | **CIV. NO. 1:25-CV-768** |
| | : | |
| **Plaintiffs,** | : | **(Judge Saporito)** |
| | : | |
| v. | : | **(Magistrate Judge Carlson)** |
| | : | |
| **DAUPHIN COUNTY CHILDREN AND YOUTH, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## MEMORANDUM AND ORDER

THE BACKGROUND OF THIS CASE IS AS FOLLOWS:

On January 13, 2026, the district court adopted a Report and Recommendation dismissing the plaintiff's complaint in this case. (Doc. 91). That order also directed that the defendants' motions and requests for sanctions, (Docs. 36, 58, 79, 84, 85), be referred to the undersigned for resolution.

The purpose of this order is to set a schedule for the prompt and fair resolution of these sanctions motions. Towards this goal, IT IS ORDERED as follows:

First, on or before **January 23, 2026**, the movants will notify the court, Ms. Harris and plaintiff's counsel regarding which of these motions, if any, they wish to continue to pursue. In addition, these notices should identify with specificity the attorney or party against whom sanctions are sought, the nature of the proposed

1

sanctions and whether the movants believe that any hearing is necessary in support of the motions.

Second, on or before **February 6, 2026**, the movants may file supplemental briefs and exhibits in support of any remaining sanctions motions.

Third, on or before **February 20, 2026**, any attorney or party named as a potentially culpable party in these sanctions motions may file responses showing cause which they should not be sanctioned.

Fourth, the movants may then file reply briefs on or before **March 6, 2026**.

SO ORDERED, this 14th day of January 2026.

*S/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge